

# THE THIRTEENTH COURT OF APPEALS

---

## 13-22-00448-CR

---

Amanda Nichole Guidry a/k/a Amanda Guidry
v.
The State of Texas

---

On Appeal from the
356th District Court of Hardin County, Texas
Trial Court Cause No. 21281

---

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

December 21, 2023